**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7706**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JANISON VEAL, a/k/a Jason,

        Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:02-cr-00043-JPB-JES-1)

Submitted:  February 16, 2012     Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Janison Veal, Appellant Pro Se.  Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Janison Veal appeals the district court's orders granting Veal a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006) and denying Veal's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Veal No. 3:02-cr-00043-JPB-JES-1 (N.D.W. Va. Nov. 1, 2011; Dec. 16, 2011). We also deny Veal's motion for transcripts at government expense and to proceed on appeal without prepayment of fees as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED